1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3  PETER WALKINGSHAW
   Assistant United States Attorney
4  United States Attorney's Office
   400 South Virginia, Suite 900
5  Reno, Nevada 89501
   775-784-5438
6  Peter.Walkingshaw@usdoj.gov

7  *Attorneys for the United States of America*

```
 FILED            RECEIVED
 ENTERED          SERVED ON
        COUNSEL/PARTIES OF RECORD

       DEC 0 3 2020

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
 BY: _____ DEPUTY
```

8             **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
9

10  UNITED STATES OF AMERICA,           Case No.:   3:20-cr-00053-MMD-WGC

11                  Plaintiff,          CRIMINAL INDICTMENT

12          v.                          VIOLATION:

13  JEFFREY LOFSTEAD,                   18 U.S.C. §§ 1591(a), 1591(b)(2), and
                                        1594(a) – Attempted Sex Trafficking of
14                  Defendant.          Children

15

16  THE GRAND JURY CHARGES THAT:

17
                              COUNT ONE
18                   Attempted Sex Trafficking of Children
              (18 U.S.C. §§ 1591(a), 1591(b)(2), and 1594(a))
19
      On or about October 7, 2020, in the State and Federal District of Nevada,
20
                          JEFFREY LOFSTEAD,
21
    defendant herein, did knowingly, in and affecting interstate and foreign commerce, attempt
22
    to recruit, entice, harbor, obtain, maintain, patronize, and solicit by any means, a person
23
    who had not attained the age of 18 years, knowing and in reckless disregard of the fact that
24

the person had not attained the age of 18 years, and knowing and in reckless disregard of the fact that the person would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a), 1591(b)(2), and 1594(a).

**DATED**: this _____ day of December, 2020.

**A TRUE BILL:**


_____/s/_____
FOREPERSON OF THE GRAND JURY


NICHOLAS A. TRUTANICH
United States Attorney


_____
PETER WALKINGSHAW
Assistant United States Attorney

2